UNITED STATES of America,
Plaintiff–Appellee,

v.

Brannon Jermaine SPENCER,
Defendant–Appellant.

No. 06–15571
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 1, 2007.

Christopher Nida Patterson, Christopher N. Patterson, P.A., Panama City, FL, for Defendant–Appellant.

E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before ANDERSON, BARKETT and MARCUS, Circuit Judges.

PER CURIAM:

Christopher N. Patterson, counsel for Brannon Jermaine Spencer, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Spencer's conviction and sentence are **AFFIRMED.**